IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02545-WYD-KLM

DANIEL LLOYD,

    Plaintiff,

v.

BEP COLORADO RESTAURANTS, LLC,

    Defendant.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's Unopposed Motion to Modify Scheduling Order and Extend Discovery Deadlines [Docket No. 21; Filed July 2, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Order entered on March 4, 2008 [Docket No. 12] is amended as follows:

- Designation of Experts Deadline — **August 8, 2008**
- Designation of Rebuttal Experts Deadline — **August 22, 2008**
- Discovery Cut-Off — **October 6, 2008**
- Dispositive Motions Deadline — **November 13, 2008**

Dated:    July 2, 2008