IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-02545-WYD-KLM

DANIEL LLOYD,

     Plaintiff,

v.

BEP COLORADO RESTAURANTS, LLC,

     Defendant.

_____

## ORDER OF RECUSAL
_____

     This matter arises *sua sponte.*  The undersigned worked closely with attorney Katrin Miller Rothgery, Esq. prior to my appointment as a United States Magistrate Judge in August of 2007.  Accordingly, 28 U.S.C. § 455(a) and the Code of Conduct for United States Judges require my recusal in this matter.

     Accordingly, I hereby **RECUSE** myself from hearing this matter.  The Clerk shall randomly reassign this case to another Magistrate Judge of this Court.

     Dated this 1st day of August, 2008.

                            **BY THE COURT:**

                            /s/ Kristen L. Mix_____
                            Kristen L. Mix
                            United States Magistrate Judge