IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 07-cv-02545-WYD-KLM

DANIEL LLOYD,

    Plaintiff,

v.

BEP COLORADO RESTAURANTS, LLC,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court by stipulation. The Court having reviewed the stipulation, it is hereby

ORDERED that the Stipulation for Dismissal is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney's fees and costs.

Dated: December 12, 2008

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Chief United States District Judge